**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

NO. 29653

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ASHLEN AQUILA and IVY AQUILA, and on behalf of KYLIE DEWILDE,
GRACIE DEWILDE and LILY DEWILDE, Petitioners-Appellees, v.
ERIC L. DAVIES and MIRELLA M. DAVIES, Respondents-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
WAIALUA DIVISION
(Civ. No. 1SS07-1-755)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Respondents-Appellants' Motion for Reconsideration of Summary Disposition Order Filed January 25, 2010 filed on February 3, 2010, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, February 9, 2010.

Chief Judge

Associate Judge

Associate Judge